# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION (CLEVELAND)

| | |
|---|---|
| DAVID RAUL, | ) |
|     Plaintiff, | ) CASE NO. 1:13-CV-00783 |
| v. | ) |
| RICHARD J. HIPPLE, et al., | ) JUDGE JAMES GWIN |
|     Defendants, | ) |
| -and- | ) |
| FERRO CORPORATION, | ) |
|     Nominal Defendant. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff David Raul as Custodian for Pinchus E. Raul Utma NY, by counsel, and Defendants Richard J. Hipple, Jennie S. Hwang, William B. Lawrence, Timothy K. Pistell, Sandra Austin, Richard C. Brown, Gregory E. Hyland, Peter T. Kong, and Ronald P. Vargo and Nominal Defendant Ferro Corporation (collectively, "Defendants"), by their respective counsel, having filed their Joint Stipulation of Dismissal Without Prejudice Between Plaintiff and All Defendants, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff David Raul as Custodian for Pinchus E. Raul Utma NY against Defendants are dismissed, without prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: July 10, 2013

s/ James S. Gwin
JUDGE, United States District Court,
Northern District of Ohio, Eastern Division